## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

ANDRES ANTONIO SERRANO )
ZAPATA, )
             )
             Petitioner, )
             )
vs. )         Case No. CIV-26-84-R
             )
KRISTI NOEM, et al., )
             )
             Respondents. )

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas petition in part. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 19th day of February, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1